UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

NDAID NATALIA,

Petitioner,

v. No. 1:26-CV-00380-H

WARDEN, BLUEBONNET DETENTION CENTER,

Respondent.

**ORDER**

Petitioner is a native and citizen of Angola. Proceeding pro se, she filed a 28 U.S.C. § 2241 habeas petition to challenge her immigration detention pending the outcome of her ongoing removal proceedings. Dkt. No. 1. She seeks immediate release or a bond hearing.

Respondent filed a response and relevant records, arguing that the Court should deny the petition because Petitioner fails to demonstrate that her detention violates the Constitution or laws of the United States. Dkt. No. 9. In particular, Respondent argues that, even though Petitioner was already present in the United States when ICE re-detained her, under the binding precedent recently established by the Fifth Circuit in *Buenrostro-Mendez v. Bondi*, Petitioner is nevertheless deemed an "application for admission" for purposes of 8 U.S.C. § 1225(a)(1) and, therefore, subject to mandatory detention without bond under Section 1225(b)(2)(A) for the duration of her removal proceedings. Dkt. No. 9 at 2–3; *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 502 (5th Cir. 2026). Additionally, Respondent argues that Petitioner's due process and equal protection claims have no merit. *Id.* at 3–5.

The deadline for Petitioner to file a reply expired on September 15. To date, she has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response.

The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes that Petitioner fails to demonstrate that her detention is unlawful and, in turn, fails to demonstrate that she is entitled to any of the relief that she seeks in her petition. Petitioner's petition is therefore denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated September 30, 2026.

JAMES WESLEY HENDRIX
United States District Judge